SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PETER D. SAX**
Peter.Sax@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00107-MO** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **DONTEA LAMONT PORTER,** | |
| **Defendant.** | **Sentencing: June 9, 2026, at 10:30 a.m.** |

The government recommends a sentence of twelve months and one day of imprisonment.

### BACKGROUND

On November 12, 2024, Multnomah County Sheriff's Officers conducted a traffic stop on an Acura sedan for moving violations. Defendant was driving, even though his license was suspended. Tucked between the driver's seat and the center console, officers found a loaded Ruger pistol:

/ / /

/ / /

/ / /

**Government's Sentencing Memorandum**                                            **Page 1**



Subsequent DNA testing of the Ruger pistol showed that it had defendant's DNA, to a high degree of mathematical probability.

Months later, in April 2025, investigators executed a search warrant on defendant's residence in Portland. Six people were inside the residence at the time the warrant was executed, including defendant. Investigators recovered six firearms that were scattered around the house, as well as small bags of methamphetamine. Investigators tested the six firearms. Defendant was excluded as a DNA contributor for four of the seized guns. Defendant's DNA was a contributor to the other two firearms, but to a relatively low degree of probability.

Defendant was charged in a single-count indictment with being a felon in possession of a firearm—for the gun that investigators recovered from the Acura sedan in November 2024. On March 3, 2026, defendant pleaded guilty to the indictment. At the time of defendant's plea, the parties executed the plea agreement. Its salient terms are as follows:

**Government's Sentencing Memorandum**                                                   **Page 2**

- **Base Offense Level**: The parties agree that the applicable base offense level is 14, pursuant to USSG § 2K2.l(a)(4), prior to adjustments.

- **Acceptance of Responsibility**: A two-level downward reduction applies.

- **Sentencing Recommendation**: The government will recommend a sentence of twelve months and one day imprisonment.  Defendant may request an additional downward variance.

- **Waiver of Appeal/Post-Conviction Relief**: Defendant agreed to waive appeal and post-conviction relief with the usual exceptions.

The Court ordered a pre-sentence report (PSR) and sentencing is now scheduled for June 9, 2026.

### GOVERNMENT'S SENTENCING RECOMMENDATION

The government agrees with calculations in the PSR both regarding the adjusted offense level of 11 and defendant's criminal history category of II.   This results in an advisory guidelines range of 10-16 months imprisonment.  Given defendant's offense conduct, the circumstances of this case, defendant's significant but mostly dated criminal history, and the terms of the executed plea agreement, the government recommends a sentence of twelve months and one day of imprisonment as an appropriate sentence.

Dated: June 4, 2026.

Respectfully submitted,
SCOTT E. BRADFORD
United States Attorney

*/s/ Peter D. Sax*
PETER D. SAX
Assistant United States Attorney

**Government's Sentencing Memorandum**                                                   **Page 3**